S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNDER SEAL |
| | : | |
| | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:25-CR-37 |
| | : | |
| JAMES KEVIN MEYERS | : | VIOLATIONS: |
| | : | 31 U.S.C. § 5313(a) |
| | : | 31 U.S.C. § 5324(a)(2) |
| | : | 31 U.S.C. § 5324(d)(2) |
| | : | 18 U.S.C. § 2 |
| | : | |

**THE GRAND JURY CHARGES:**

## GENERAL INTRODUCTION

At all times relevant and material to this Indictment:

1. **JAMES KEVIN MEYERS** managed Bolingbroke Enterprises d/b/a Mr. Kevin's Check Cashing (herein after "Kevin's Check Cashing"), a money services business that cashed checks, located in Macon, Georgia. Kevin's Check Cashing was a domestic financial institution.

2. Domestic financial institutions, such as Kevin's Check Cashing, are required to comply with the Bank Secrecy Act regulations and reporting requirements. Among these regulations and requirements is the filing of currency transaction reports (CTRs). CTRs are required to be filed for currency transactions involving more than $10,000.00. These CTRs must identify the date, transaction amount, the person or entity on whose behalf the transaction took place, and the individual who was physically present at the institution to conduct the transaction.

1

3. Ronnie Atkinson took out numerous loans with Morris Bank, both in his name and in the name of straw borrowers. Many of these loans were alleged to be for the purchase of equipment and items from various individuals.

4. Morris Bank would issue a loan cashier's check to the listed seller for these loans. Those individuals, whose identity is known to the Grand Jurors, are identified by initial in the grid below. Ronnie Atkinson brought several of these Morris Bank loan and cashier's checks to Kevin's Check Cashing to be cashed. On several occasions, the listed payee on the check was not present and Ronnie Atkinson alone was obtaining the cash from the check. According to the regulations promulgated regarding the proper reporting of Currency Transactions, the CTR should have listed the person who presented the check and left with the cash. Therefore, in each instance pertinent to this indictment, the CTR should have listed Ronnie Atkinson as opposed to those individuals who are identified by initial below.

5. **JAMES KEVIN MEYERS** either personally cashed these checks or caused his employees to cash the checks in this manner.

6. **JAMES KEVIN MEYERS** further caused his employees to file CTRs in the name of the person to whom the check was made out to and not to file them under Ronnie Atkinson's name, even though Ronnie Atkinson was the person actually cashing the check.

## COUNTS ONE THROUGH FIVE
(Causing the Filing of False Currency Transaction Reports)

The allegations contained in paragraphs 1 through 6 of the General Introduction of this Indictment are incorporated by reference as if set forth fully herein.

That on or about the dates listed below, in the Macon Division of the Middle District of Georgia,

**JAMES KEVIN MEYERS,**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations prescribed thereunder, cause a domestic financial institution, that is, Bolingbroke Enterprises d/b/a Mr. Kevin's Check Cashing, to file a report required by Title 31, United States Code, Section 5313(a), specifically, a CTR on Treasury Department, FINCEN Form 104, that contained a material omission and misstatement of fact concerning the true identity of the parties involved in the financial transactions and the source of the funds involved, as part of a pattern of illegal activity, involving more than $100,000.00 in a 12-month period; to wit: **JAMES KEVIN MEYERS** caused a CTR be filed in the names listed below even though Ronnie Atkinson was the one cashing the check and receiving the cash amounts listed below:

| Count | Date | Amount of cash provided to Ronnie Atkinson | Name JAMES KEVIN MEYERS caused the CTR be filed under |
|---|---|---|---|
| One | December 30, 2020 | $166,788.00 | T.K. Jr. |
| Two | January 29, 2022 | $117,409.00 | H.C. |
| Three | March 22, 2022 | $93,338.00 | R.M. |
| Four | June 10, 2022 | $126,743.00 | M.A. |
| Five | June 25, 2022 | $280,013.00 | M.A. |

all in violation of Title 31, United States Code, Sections 5313(a), 5324(a)(2), and 5324(d)(2); and Title 18 United States Code, Section 2.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of August, 2025.

Deputy Clerk

4